CO-386-online
10/03

# United States District Court
# For the District of Columbia

DAILY CALLER NEWS FOUNDATION

Plaintiff

vs

FEDERAL BUREAU OF INVESTIGATION

Defendant

Civil Action No. 18-1833

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  DAILY CALLER NEWS FOUNDATION  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  DAILY CALLER NEWS FOUNDATION  which have any outstanding securities in the hands of the public:

-NONE-

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Eric R. Bolinder
Signature

D.C. Bar No. 1028335
BAR IDENTIFICATION NO.

Eric R. Bolinder
Print Name

1875 Eye St. NW, Ste. 800
Address

Washington, DC 20006
City          State          Zip Code

(202) 499-4232
Phone Number