# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAILY CALLER NEWS FOUNDATION, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action No. 18-1833 (CKK) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STATUS REPORT

In accordance with the Court's October 15, 2018, Order, the parties, Plaintiff Daily Caller News Foundation, and Defendant Federal Bureau of Investigation, by and through undersigned counsel, have conferred and hereby submit the following joint status report. The parties state as follows:

1. This case is a civil action arising under the Freedom of Information Act, 5 U.S.C. § 522, *as amended* ("FOIA"), and stemming from a FOIA request submitted by Plaintiff to the FBI on April 25, 2018. *See* ECF No. 1. Defendant filed its Answer on October 15, 2018. ECF No. 11.

2. On or about September 17, 2018, the FBI sent to Plaintiff a letter notifying it that the FBI denied its request for expedited processing. Within the letter, the FBI also notified Plaintiff that it had located approximately 11,000 pages of potentially responsive records and invited Plaintiff to reduce the scope of the request to potentially accelerate the processing time.

3. The parties subsequently conferred in an attempt to reduce and narrow the scope of the request and Plaintiff agreed to exclude certain types of draft work product and memoranda. However, Defendant found that even after the scope was narrowed the number of potentially responsive records remained at approximately 7,000 pages, well above the FBI's large que cutoff.

4. Accordingly, Defendant has notified Plaintiff that, due to workload and litigation constraints, it intends to file a motion for an *Open America* stay. The parties conferred but were unable to agree on a briefing schedule.

5. **Defendant's Position:** Defendant notes that its main affiant, necessary to support the stay motion, will be out of the office on pre-arranged leave from November 19-30, 2018, and that agency counsel will be out of the office and unavailable from November 2-6, 2018. In addition, undersigned counsel has a busy litigation schedule that includes current deadlines for filing motions, oppositions, or reply briefs on November 2, 5, 13, 16, 21, 28, and 30, and December 3, 4, 11, and 14, 2018. With these factors in mind, Defendant proposes the following reasonable briefing schedule:

December 7, 2018    Defendant's Motion to Stay

January 7, 2019     Plaintiff's Opposition to Defendant's Motion

January 24, 2019    Defendant's Reply to Plaintiff's Opposition

6. **Plaintiff's Position:** Plaintiff is a news media organization and has requested access to records of immediate interest to the public.  It therefore has an interest in receiving the responsive records in this case as quickly as possible.  Plaintiff does not believe the issues involved in Defendant's motion for an *Open America* stay to be over complicated, nor do they warrant the extended delay that would result if

Defendant's proposed briefing schedule were adopted. Counsel for Plaintiff also has deadlines and commitments in other cases, but it is willing to work over the upcoming Thanksgiving holiday to resolve this matter in a reasonable amount of time. Accordingly, Plaintiff proposes the following briefing scheduling:

Defendant's Motion to Stay due: November 21, 2018 (over 3 weeks from now)

Plaintiff's Opposition due: December 5, 2018 (2 weeks after the motion)

Defendant's Reply due: December 19, 2018 (2 weeks after the opposition)

7. The parties do not currently have a view on the necessity of a Vaughn Index, as the *Open America* request will need to be resolved first before the parties can set a production schedule.

Dated: October 29, 2018

Respectfully submitted,

*/s/ Eric R. Bolinder*
Eric R. Bolinder, D.C. Bar #1028335
Lee A. Steven, D.C. Bar #468543
Cause of Action Institute
1875 Eye St., NW, Ste. 800
Washington, D.C. 20006
202-470-2396
Eric.Bolinder@causeofaction.org
*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Jason T. Cohen*
Jason T. Cohen, ME Bar #004465
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
jason.cohen@usdoj.gov
*Counsel for Defendant*

3