## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAILY CALLER NEWS FOUNDATION, Plaintiffs<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, Defendant | Civil Action No. 18-1833 (CKK) |

### ORDER
(July 29, 2021)

In light of the parties' [44] Joint Stipulation of Voluntary Dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the signatures of counsel for Plaintiff and counsel for Defendant, and indicating that the parties have settled and that each party agrees to dismiss this action and to bear its own costs, attorneys' fees, and expenses, it is, this 29th day of July 2021, hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED**.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE